Josephine Larson, Appellee, v. City of Chicago, and Walter J. Cummings and Daniel C. Green, Receivers, et al., Trading as Chicago Surface Lines, Appellants.

Gen. No. 42,733.

NIEMEYER, J., dissenting in part.

opinion filed December 13, 1943. Barnet Hodes, Corporation Counsel, for certain appellant; J. Herzl Segal, Assistant Corporation Counsel, of counsel; Frank L. Kriete, Warner H. Robinson and Arthur J. Donovan, for certain other appellants; William J. Flaherty, of counsel; Whitney, Teitelbaum & Freeman, for appellee. Opinion by PRESIDING JUSTICE O'CONNOR. Not to be published in full.